IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TAMMIE MORRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01243-O-BP |
| § | |
| COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Tammie Morris and mail to her attorney, Frederick J. Daley, Jr., Dailey Disability Law, P.C., 4256 Ravenswood Ave., Suite 104, Chicago, IL 60613, attorney fees under the Equal Access to Justice Act in the total amount of $8,513.56 for 4.65 hours of service performed in 2021, 30.85 hours of service performed in 2022 and 2023, and for 5.35 hours of legal assistant service. Plaintiff also is entitled to receive reimbursement of the court filing fee in the amount of $402.00, payable from the Judgment Fund by the Department of the Treasury under 31 U.S.C. § 1304.

**SO ORDERED** this **27th day** of **January, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE